IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

Ladreco Howard

Plaintiff

VS.                                           Class Action: 2:23cv99-KS-MTP

The People

Defendant

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 17 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

## JURISDICTION

United States Code, Title 28, Section 1407 states when civil actions involving one or more common questions of fact are pending in different districts, such actions may be transferred to any district for coordinated or consolidated pretrial proceedings.

## COMPLAINT

This is a civil action pursuant to the Fourteenth Amendment of the United States Constitution. The Plaintiff's right to due process of law has been violated. Title VII of the Civil Rights Act of 1974 prohibits employment discrimination based on race, color, religion, sex and national origin. The United States Code, Title 42, Section 1981 provides for the recovery of compensatory and punitive damages in cases of intentional violations of Title VII, the Americans with Disabilities Act of 1990, and Section 501 of the Rehabilitation Act of 1973. Section 704 of the Civil Rights Act states that it shall be an unlawful employment practice for an employer to discriminate against any of his employees or applicants for employment, for an employment agency, or joint labor-management committee controlling apprenticeship or other training or retraining. The Fair Housing Act, Title 42, United States Code, Section 3601 prohibits discrimination by direct providers of housing, such as landlords and real estate companies as well as other entities, such as municipalities, banks or other lending institutions and homeowners insurance companies whose discriminatory practices make housing unavailable to persons because of race, color, religion, sex, national origin, familial status or disability. The Privacy Act of 1974, as amended, Title 5, of the United States Code, Section 552(a), establishes a code of fair information practices that governs the collection, maintenance, use and dissemination of information about individuals that is maintained in systems of records by federal agencies. Federal Rules of Civil Procedure 60(b) authorizes a court to relive a party from a final judgment, order, or proceeding for various reasons, including mistake, inadvertence, surprise, or excusable neglect.

*Ladreco Howard*

7-17-23
2300 LINCOL RD APT 49
HATTIESBURG MS 39402
601-651-8118