IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**LADRECO HOWARD**                                                                                          **PLAINTIFF**

v.                                                                          CIVIL ACTION NO. 2:23-cv-99-KS-MTP

**THE PEOPLE**                                                                                         **DEFENDANTS**

## JUDGMENT OF DISMISSAL

This cause comes before the Court *sua sponte* upon the Order dated July 27, 2023 [4]. In said Order, the Court ordered Plaintiff to file another amended complaint[1] with certain information to be contained therein, as well as a completed long-form application to proceed *in forma pauperis*. The Order also warned Plaintiff that "failure to file an amended complaint as ordered may result in the dismissal of this action without prejudice and without further notice" and that "failure to submit the completed IFP application . . . may result in his Motion for Leave to Proceed *in forma pauperis* being denied." [4] at pp. 2-3. The deadline for filing both documents was August 11, 2023. To date, Plaintiff has not filed either document.

THEREFORE, it is hereby ORDERED that Plaintiff's Motion for Leave to Proceed *in forma pauperis* [2] is DENIED and this action is hereby dismissed without prejudice. This case is closed.

SO ORDERED AND ADJUDGED this 16th day of August 2023.

/s/ Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has already filed one Amended Complaint [3]. As the Court noted previously, neither the original Complaint nor the amended one provide sufficient information to state a claim and the difference between the two pleadings is factually insignificant. *See* [4] at p. 2 n.1.